UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS' DISTRICT COUNCIL OF, | ) | |
| GREATER ST. LOUIS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:05CV02067 AGF |
| | ) | |
| GOAL CONTRACTING CO., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court for examination pursuant to Rule 4(m), Federal Rules of Civil Procedure.

Plaintiffs commenced this action on **November 4, 2005**, naming **GOAL CONTRACTING CO., an administratively dissolved Missouri corporation**, and **GARY J. GITTEMEIER, an individual doing business as Goal Contracting Co.**, as defendants. A review of the Court file shows that defendants **GOAL CONTRACTING CO., an administratively dissolved Missouri corporation**, and **GARY J. GITTEMEIER, an individual doing business as Goal Contracting Co.**, have not been served in this matter nor has service been waived on its behalf. Under Rule 4(m), Federal Rules of Civil Procedure, the Court, after notice to the plaintiff, is directed to dismiss an action against a defendant upon whom service has not been made within 120 days after the filing of the complaint.

The Rule 4(m) period for service expires **March 6, 2006**, 120 days after the filing of plaintiffs' complaint.

Therefore,

**IT IS HEREBY ORDERED** that plaintiffs shall cause service to be effected upon defendants **GOAL CONTRACTING CO., an administratively dissolved Missouri corporation**, and **GARY J. GITTEMEIER, an individual doing business as Goal Contracting Co.**, not later than **March 6, 2006**. In the absence of good cause shown, failure to timely serve said defendants shall result in the dismissal of plaintiffs' claims as to said defendants without prejudice.

Dated this 2nd day of February, 2006.

_Audrey G. Fleissig_
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE